Matter of Onondaga Ctr. for Rehabilitation & Healthcare v New York State Dept. of Health (2023 NY Slip Op 01458)

Matter of Onondaga Ctr. for Rehabilitation & Healthcare v New York State Dept. of Health

2023 NY Slip Op 01458

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023

PRESENT: LINDLEY, J.P., BANNISTER, MONTOUR, AND GREENWOOD, JJ. (Filed Mar. 17, 2023.) 

MOTION NO. (775/22) TP 21-00254.

[*1]IN THE MATTER OF ONONDAGA CENTER FOR REHABILITATION AND HEALTHCARE, PETITIONER, 
v
NEW YORK STATE DEPARTMENT OF HEALTH, RESPONDENT, ET AL., RESPONDENTS.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.